# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENAYOT A. CHOUDHURY, : | |
| : | |
| Petitioner : | |
| : | No. 1:17-CV-01231 |
| vs. : | |
| : | (Judge Rambo) |
| MARY SABOL, : | |
| : | |
| Respondent : | |

## ORDER

**AND NOW**, this 28th day of August, 2017, upon consideration of Respondent's suggestion of mootness (Doc. No. 9), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT:**

1. Petitioner Enayot A. Choudhury's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED as moot**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge